# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY CELLUCCI, JESUS ALBERTO MATIENZO, LEE MWAURA NJERI, JASON BOTELHO, JOSE MANUEL CUEVAS, RUDEIDAMIA A. CALCANO, AND STEPHANIE NUNES MARTINS,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER GARVEY, ROBERT C. WEAVER, SAMUEL KAUFFMAN, SARA SANDFORD, AND GARY TOBER,<br><br>Defendants. | CIVIL ACTION<br>NO. 4:23-10304-TSH |

## ORDER OF DISMISSAL

Hillman, S.D.J.

In accordance with the Court's Order dated 7/19/2023, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

July 19, 2023         /s/ Sandra Burgos
Date                  Deputy Clerk